United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORSK HYDRO USA OIL & GAS, INC. n/k/a EQUINOR USA E&P INC. | § § § | |
| VS | § | CIVIL ACTION NO. H-24-2244 |
| TALOS ERT LLC | § § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding Plaintiff's motion to dismiss Defendant's counter claim (Doc. No. 39), Defendant's motion to dismiss (Doc. No. 42), responses (Doc. Nos. 43, 44), replies (Doc. Nos. 45, 46); and, Judge Ho's Memorandum and Recommendation (Doc. No. 50). The parties have filed objections (Doc. No. 51, 52) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

**ORDERED** that the Objections (Doc. Nos. 51, 52) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 50) is **ADOPTED**. Defendant's motion to dismiss (Doc. No. 42) is **GRANTED IN PART** with respect to Plaintiff's Count III subrogation/contribution claim, Count IV quantum meruit claim, and Count V unjust enrichment claim; and, **DENIED IN PART** as to Plaintiff's Count 1 declaratory judgment claim and Count II breach of contract claim. It is further

**ORDERED** that Plaintiff's motion to dismiss (Doc. No. 39) counterclaim for declaratory relief is **DENIED**.

SIGNED on this 23rd day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE